UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

UNITED STATES OF AMERICA                                                      PLAINTIFF

V.                                           Criminal Action No. 3:17-cr-170-CHB

JOSEPH R. WILLIS                                                              DEFENDANT

## **ORDER**

Motion having been made, and the Court being in all ways sufficiently advised;

IT IS HEREBY FOUND that Joseph Willis has established his standing to challenge the wiretap orders referenced in the *Motion to Suppress Wiretap Evidence* filed by his codefendant, Dontay Rice. Accordingly, the Court SUSTAINS Willis's *Motion to Adopt Mr. Rice's Motion to Suppress Wiretap Evidence.*

_____
JUDGE CLARIA BOONE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

DATE: _____